## ABILENE LIFE INS. CO. v. COMMISSIONER OF INTERNAL REVENUE.

### No. 10629.

Circuit Court of Appeals, Fifth Circuit.

July 15, 1943.

Robert Ash, of Washington, D. C., for petitioner.

Gerald C. Mann, Atty. Gen., and Grover Sellers, both of Austin, Tex., for State of Texas as amicus curiae for petitioner.

Willard H. Pedrick, Sewall Key, and Samuel H. Levy, Sp. Assts. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John W. Smith, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before HUTCHESON, HOLMES, and WALLER, Circuit Judges.

WALLER, Circuit Judge.

The issues, contentions, and proceedings here are practically identical with the issues, contentions, and proceedings in the case of General Life Insurance Co. v. Commissioner of Internal Revenue, 5 Cir., 137 F.2d 185, and is governed by the decision in the latter case, rendered July 8, 1943. We hold that, for federal income tax purposes, Petitioner is a life insurance company within the purview of Secs. 201(a) and 202(b) of Internal Revenue Code, 26 U.S.C.A. Int.Rev.Code, §§ 201(a), 202(b), and that Petitioner is not a Benevolent Life Insurance Association of a purely local nature within the exemption of Sec. 101(10), Internal Revenue Code, 26 U.S.C.A. Int.Rev.Code, § 101(10).

Reversed.

HOLMES, Circuit Judge, dissents for the reasons given in the case of General Life Insurance Co.. v. Commissioner of Internal Revenue, 5 Cir., 137 F.2d 185.